UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)  Chapter 7
Nicholas C. Kotsonas, )  Case No. 05-45044-JBR
)
)
Debtor )
_____)

TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

John A. Burdick, Jr., Trustee respectfully reports that:

Pursuant to Rule 3011 of the Federal Rules of Bankruptcy, dividends not paid to creditors shall be turned over to the Court to be treated as provided in Section 347(a) of the Code.

Said Trustee's proposed distribution was approved for payment. Said Trustee made a final distribution on December 23, 2008. The following checks totaling $7,403.03 remains unclaimed and uncashed.

| Claimant | Check Amount |
|---|---|
| Consolidation USA, Inc.<br>260 Boston Post Road, Ste. 8<br>Wayland, Massachusetts | $ 107.67 |
| Mortgage Electronic System<br>1595 Spring Hill Road, Ste. 310<br>Vienna, Virginia  22182 | $6,838.01 |
| New Century Financial Services, Inc.<br>2 Ridgedale Avenue, Ste. 104<br>Cedal Knotts, New Jersey 07927 | $ 457.35 |

Enclosed is a check for $7,403.03
Dated: August 12, 2009

John A. Burdick, Jr.(BBO#547650)
679 Pleasant Street
Paxton, Massachusetts 01612
(508) 752-4633
jburdick1960@charterinternet.com

**JOHN A. BURDICK, JR.**
*Attorney at Law*
*679 Pleasant Street*
*Paxton, Massachusetts 01612*

FILED
IN CLERK'S OFFICE
2009 AUG 17 P 12: 16
U.S. BANKRUPTCY COURT
DISTRICT OF MASS.

Tel: (508) 752-4633
Fax: (508) 754-1071

August 12, 2009

Clerk's Office
United States Bankruptcy Court
Donohue Federal Building
595 Main Street, Room 211
Worcester, Massachusetts 01608-2076

RE:   Nicholas Kotsonas
      Chapter 7, Case No. 05-45044-JBR

Dear Sir/Madam:

Enclosed herewith please find Trustee's Affidavit of Unclaimed Funds along with a Certificate of Service for the above-entitled matter.

Kindly file same.

Very truly yours,

John A. Burdick, Jr.

JAB/emg
Enclosure

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)
Nicholas C. Kotsonas, ) Chapter 7
) Case No. 05-45044-JBR
)
Debtor )
)

CERTIFICATE OF SERVICE

I, John A. Burdick, Jr., Esquire, hereby certify that on the 13th day of August, 2009, I forwarded Trustee's Affidavit of Unclaimed Funds, by mailing, first class, postage prepaid to the following:

United States Trustee's Office
446 Main Street, 14th Floor
Worcester, Massachusetts 01608

Consolidation USA, Inc.
260 Boston Post Road, Ste. 8
Wayland, Massachusetts 01778

Mortgage Electronic System
1595 Spring Hill Road, Ste. 310
Vienna, Virginia 22182

New Century Financial Services, Inc.
2 Ridgedale Avenue, Ste. 104
Cedal Knotts, New Jersey 07927

Nicholas Katsonis
Katsonis Law Office
40 Southbridge Street, Suite 230
Worcester, Massachusetts 01608

John A. Burdick, Jr., Esquire
(BBO#547650)